IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MELVIN LEE LEWIS,                        §
Institutional ID No. 107265,             §
                                         §
                    Plaintiff,           §
                                         §
V.                                       §        CIVIL ACTION NO.
                                         §        1:18-CV-00209-C
TAYLOR COUNTY SHERIFF'S                  §
DEPARTMENT, *et al.*,                    §
                                         §
                    Defendants.          §

**ORDER**

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint on

December 28, 2018. By Order dated January 11, 2019, this case was transferred to the docket of

the United States Magistrate Judge for screening pursuant to 28 U.S.C. §§ 1915 and 1915A. The

United States Magistrate Judge entered a Report and Recommendation on April 25, 2019,

recommending that the instant complaint be dismissed without prejudice for failure to prosecute

or to comply with an order of the Court pursuant to Fed. R. Civ. P. 41(b). No objections have

been filed, and the Report and Recommendation that was mailed to Plaintiff at his last known

address was returned to the Clerk as undeliverable on May 20, 2019.

The Court accepts and adopts the findings, conclusions, and recommendation of the

Magistrate Judge.

It is, therefore, ORDERED:

(1)     Plaintiff's complaint and all claims alleged therein are dismissed without

prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

(2)     Any pending motions are denied.

Plaintiff is admonished that if he re-files his civil rights complaint, he must either pay the full filing fee of $400.00 or file an application to proceed *in forma pauperis* and a certificate of his inmate trust account.

Judgment shall be entered accordingly.

Dated May 20, 2019.

SAM R. CUMMINGS
Senior United States District Judge